

FILED
2:53 pm, 3/31/23
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

VICTORIA ZUPKO

Defendant.

Case Number:   23-MJ-20-ABJ

Date 3/31/2023     Time 2:29 - 2:50 PM       Before the Honorable    Teresa M. McKee

☐ Indictment     ☐ Information     ☑ Complaint     ☐ Arraignment     ☐ Rule 5

☑ Initial Appearance     ☐ Detention Hearing     ☐ Preliminary Hearing     ☐ Removal Hearing

☐ Other

Offense:
Ct 1: 21 U.S.C. §§ 846 and 841(a)(l), (b)(l)(C) Conspiracy to Distribute Fentanyl and Methamphetamine
Ct 2: 21 U.S.C. § 843(b) Use of Communication Facility to Facilitate Felony Drug Offense

| Tiffany Dyer | FTR Recording | Karen Bila |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Michael Elmore | PCDC | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared     ☐ Voluntarily     ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  David Weiss-Retained Counsel-Not present.

☑ FPD     ☐ PANEL-CJA     ☐ RETAINED     ☐ WAIVED

WY53                                                                                                              Rev. 12/27/2022

**Initial appearance**   Date 3/31/2023

(Comments) _____

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____   Time _____   Judge _____

☑ Preliminary hearing set for:   Date 4/5/2023   Time 1:30 PM
Judge Kelly H. Rankin   in _____

☐ Revocation hearing set for:   Date _____   Time _____
Judge _____   in _____

☑ Detention hearing set for:
Date 4/5/2023   Time 1:30 PM   Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____   Time _____   Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____